UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BISHOP LAMOR WHITEHEAD,

                    Petitioner,            25 **CIVIL** 0594 (LTS)

    -against-                            **JUDGMENT**

UNITED STATES OF AMERICA, et al,

                    Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2025, the petition for a writ of habeas corpus, construed as brought under 28 U.S.C. § 2255, is denied without prejudice as prematurely filed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**DATED:** New York, New York
           May 28, 2025

                                              **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                    **BY:**
                                              **Deputy Clerk**